**Order entered February 22, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00710-CR

**NICHOLAS PHILIP YUKICH, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82747-2011**

## ORDER

We **REINSTATE** this appeal.

We **ADOPT** the trial court's February 20, 2017 findings that appellant wants to continue this appeal, appellant is not indigent, appellant has made arrangements with his former retained counsel, Mitchell Nolte, and Mitchell Nolte intends to file appellant's brief by March 9, 2017.

We **DIRECT** the Clerk to send all future correspondence to Mitchell Nolte, 2780 Virginia Parkway, Suite 401, McKinney, TX 75071-4966.

Appellant's brief is **DUE** March 9, 2017.

/s/ LANA MYERS
   JUSTICE